# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 12/21/2022 |
| Case: 22−10664−CTG | Form ID: van043 | Total: 325 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
tr    Jeoffrey L. Burtch    jburtch@burtchtrustee.com
aty    Christopher A. Ward    cward@polsinelli.com
aty    Gregory F. Fischer    gfischer@cozen.com
aty    Mark E. Felger Esq.    mfelger@cozen.com

                                                                                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Boulder Operations Holdings LLC    1209 Orange Street    Wilmington, DE 19801
17535453    A2Z HOOD CLEANING    PO BOX 425    SWANTON, OH 43558
17535454    ABBOTT MECHANICAL SERVICES LLC    804 W WAYNE ST    MAUMEE, OH 43537−1925
17535455    ADAPTIVE REHABILITATION SERVICES LLC    C/O TIMOTHY L MCGARRY    HENDERSON, SCHMIDLIN & MCGARRY    840 BRAINARD ROAD    HIGHLAND HEIGHTS, OH 44143
17535456    ADAPTIVE THERAPY    7251 ENGLE RD, 350    MIDDLEBURG HEIGHTS, OH 44130
17535457    ADMJ HOLDINGS LLC DBA ADVANCED    23240 CHAGRIN BLVD, STE 410    CLEVELAND, OH 44122
17535458    ADMJ HOLDINGS LLC DBA ADVANCED    DOOR COMPANY    5260 COMMERCE PARKWAY WEST    PARMA, OH 44130
17535459    ADVANCED HOME MEDICAL    6665 HUNTLEY RD, STE N    COLUMBUS, OH 43229
17535460    AEP OHIO − 073−271−219−2−2    PO BOX 24401    CANTON, OH 44701−4401
17535461    AFFILIATED INTERNISTS LLC    3006 N COUNTY RD, 25A, STE 102    TROY, OH 45373
17535462    AFFORDABLE MEDICAL SUPPLY AND RENTAL, LL    980 WILMINGTON AVE, 635    DAYTON, OH 45420
17535463    AFFORDABLE UNIFORMS ONSITE    7647 MENTOR AVE    MENTOR, OH 44060
17535464    AKRON SNF REALTY LLC    1209 ORANGE STREET    WILMINGTON, DE 19801
17535465    ALL GONE TERMITE AND PEST CONTROL    11260 CORNELL PARK DRIVE STE 709    CINCINNATI, OH 45242
17535466    ALL GONE TERMITE AND PEST CONTROL    ATTN: PHILLIP CAMERON    4400 CAREW TOWER    441 VINE STREET    CINCINNATI, OH 45202
17535467    ALLGONE TERMITE & PEST CONTROL    11260 CORNELL PARK DR, 709    CINCINNATI, OH 45242
17535468    ALLOWAY    1101 N COLE ST    LIMA, OH 45805
17535469    ALLSHRED SERVICES (VRC COMPANIES)    PO BOX 415000    MSC 7589    NASHVILLE, TN 37241−7589
17535470    ALMIGHTY TRANSPORTATION SERVICES, LLC    5250 TRANSPORTATION    GARFIELD HEIGHTS, OH 44125
17535471    ALPHA FIRE PROTECTION    PO BOX 1087    FLORENCE, KY 41022
17535472    AMBULANCE ASSOCIATES    114 CLARENDON AVE NW    CANTON, OH 44708
17535473    AMERICAN HEALTH ASSOCIATES    671 OHIO PIKE, STE K    CINCINNATI, OH 45245.2136
17535474    ANDREW K. BROBBEY, MD    25701 N LAKELAND BLVD, 301    CLEVELAND, OH 44132
17535475    ANGEL CARE MEDICAL LLC    85 KARAGO AVE STE 11 & 12    BOARDMAN, OH 44512
17535476    ARIEL FEIN    10 EASTBOURNE DRIVE    SPRING VALLEY, NY 10977
17535477    ARMSTRONG NUTRITION MANAGEMENT    101 PARKVIEW EXTENSION DR    KITTANNING, PA 16201
17535478    ASCENTIUM CAPITAL, LLC    PO BOX 11407    BIRMINGHAM, AL 35246−3059
17535479    AT & T    PO BOX 5091    CAROL STREAM, IL 60197−5091
17535480    BELDEN VILLAGE SNF REALTY LLC    1209 ORANGE STREET    WILMINGTON, DE 19801
17535481    BELLEFONTAINE SNF REALTY LLC    1209 ORANGE STREET    WILMINGTON, DE 19801
17535482    BIG ROCK FINANCIAL SERVICES LLC    13990 SW 280TH TER    HOMESTEAD, FL 33033−1839
17535483    BIG ROCK FINANCIAL SERVICES, LLC    34 LORD AVENUE    LAWRENCE, NY 11559
17535484    BOGGS PEST CONTROL    508 N FRONT ST    OAK HILL, OH 45656
17535486    BOULDER FG HOLDINGS LLC    22 HERRICK DRIVE    LAWRENCE, NY 11559
17535487    BOULDER FG HOLDINGS LLC    C/O WHITE OAK HEALTHCARE FINANCE, LLC    321 N. CLARK ST, SUITE 500    CHICAGO, IL 60654
17535485    BOULDER FG HOLDINGS LLC &    BOULDER HEALTHCARE LLC    544 ENTERPRISE DRIVE    LEWIS CENTER, OH 43035
17535488    BOULDER HEALTHCARE LLC    C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY    BRENNAN, MANNA & DIAMOND, LLC    74 E. MARKET STREET    AKRON, OH 44308
17535489    BOULDER PROPERTY HOLDINGS GP    1209 ORANGE STREET    WILMINGTON, DE 19801
17535490    BOULDER PROPERTY HOLDINGS LP    1209 ORANGE STREET    WILMINGTON, DE 19801
17535491    BRIDGELINE GLOBAL SOLUTIONS    15 ENFORD ST    PO BOX 124    AVON, CT 06001
17535492    BRIGHTER LIGHT HEALTH ACADEMY    2215 CLEVELAND RD, STE 101    SANDUSKY, OH 44870
17535493    BUCKEYE BROADBAND    PO BOX 10027    TOLEDO, OH 43606−1943
17535494    BUCKEYE FOREST AT BELLEFONTAINE    221 N SCHOOL ST.    C/O LOWELL HARNER    BELLEFONTAINE, OH 43311

| ID | Name | Address |
|---|---|---|
| 17535495 | BUG–A–BOO INC. | 9685 E GREENVILLE FALLS RD, COVINGTON, OH 45318 |
| 17593926 | Benesch, Friedlander, Coplan & Aronoff, LLP c/o We | 965 Keynote Circle, Cleveland, OH 44131 |
| 17535496 | CAC OF PIKE COUNTY | 941 MARKET ST, PIKETON, OH 45661 |
| 17535497 | CALLIT, INC. PHONE SERVICE | PO BOX 262, SKOKIE, IL 60076–0262 |
| 17535498 | CANTON REGIONAL CHAMBER OF COMMERCE | 222 MARKET AVE N, CANTON, OH 44702–1418 |
| 17535499 | CARDIONET, LLC | PO BOX 417566, BOSTON, MA 02241–7566 |
| 17535500 | CAVALIER MOBILE X RAY | 590 E WESTERN RESERVE RD, SUITE 10–D, PO BOX 3371, YOUNGSTOWN, OH 44513 |
| 17535501 | CCH HEALTHCARE LLC | ATTN JACOB STERN, CEO, 15 AMERICA AVE, STE 304, LAKEWOOD, NJ 08701 |
| 17535502 | CENTERS FOR MEDICARE & MEDICAID SERVICES | 233 N MICHIGAN AVE, STE 600, CHICAGO, IL 60601–5519 |
| 17535503 | CGS ADMINISTRATORS, LLC | 26 CENTURY BLVD, STE ST610, NASHVILLE, TN 37214 |
| 17535504 | CINTAS FIRE 636525 | PO BOX 636525, CINCINNATI, OH 45263–6525 |
| 17535505 | CITY OF BELLEFONTAINE DEPT OF PUBLIC UT. | 135 N DETROIT ST, BELLEFONTAINE, OH 43311 |
| 17535506 | CITY OF CLEVELAND DIVISION OF WATER | 1201 LAKESIDE AVE, CLEVELAND, OH 44114 |
| 17535507 | CITY OF GREENVILLE UTILITIES | 100 PUBLIC SQ, GREENVILLE, OH 45331–1471 |
| 17535508 | CITY OF NORTH CANTON | ATTN PUBLIC UTILITIES, 145 N MAIN ST, NORTH CANTON, OH 44720 |
| 17535509 | CITY OF PIQUA UTILITIES | 201 E WATER ST, PIQUA, OH 45356 |
| 17535510 | CITY OF WAUSEON | 230 CLINTON ST, WAUSEON, OH 43567 |
| 17535511 | CLEAN START SYSTEMS | PO BOX 59172, CHICAGO, IL 60659 |
| 17535512 | CLEVELAND CLINIC FNDN | PO BOX 74222, CLEVELAND, OH 44194–4222 |
| 17535513 | CLEVELAND CLINIC HOSPITAL | 9500 EUCLID AVE, CLEVELAND, OH 44195 |
| 17535514 | CLEVELAND PUBLIC POWER | PO BOX 94560, CLEVELAND, OH 44101–4560 |
| 17535515 | COLE, KIRBY & ASSOCIATES, INC. | 227 MAIN ST, JACKSON, OH 45640 |
| 17535516 | COLEMAN PROFESSIONAL SERVICES | 5982 RHODES RD, KENT, OH 44240 |
| 17535517 | COLUMBIA GAS OF OHIO – 21142548 0010004 | PO BOX 4629, CAROL STREAM, IL 60197–4629 |
| 17535518 | COMMERCIAL MAGAZINE SERVICE OF HOLLAND | PO BOX 819, HOLLAND, OH 43528–0819 |
| 17535519 | COMMODITY HEALTHCARE STAFFING LTD | PO BOX 201777, SHAKER HEIGHTS, OH 44120 |
| 17535520 | COMMUNITY SURGICAL SUPPLY OF TOMS RIVER | 1390 RT 37 W, TOMS RIVER, NJ 08754–4686 |
| 17535521 | COMPLETE INTRAVENOUS ACCESS SERVICES INC | 828 FRONT ST, CREIGHTON, PA 15030 |
| 17535522 | COMTE CONSTRUCTION, CO. | 91 SUMMIT ST, TOLEDO, OH 43604 |
| 17535523 | CONSTELLATION NEW ENERGY – 2790317254 | PO BOX 4640, CAROL STREAM, IL 60197–4640 |
| 17535524 | CORPORATE MAINTENANCE INC. | 4735 W 150 ST, UNIT E, CLEVELAND, OH 44135 |
| 17535525 | CROWN CARE SERVICES INC | PO BOX 86, LAKEWOOD, NJ 08701 |
| 17535526 | CUMMINS SALES & SERVICES | 7585 NORTHFIELD RD, CLEVELAND, OH 44146 |
| 17535527 | DANIELS SHARPSMART, INC. | 111 W JACKSON BLVD, STE 1900, CHICAGO, IL 60604 |
| 17535528 | DARKE COUNTY LICENSE BUREAU | 641 WAGNER AVE, STE A, GREENVILLE, OH 45331 |
| 17535529 | DAYEM HEALTH SERVICES | 12000 MCCRACKEN RD, 210, GARFIELD HEIGHTS, OH 44125 |
| 17535530 | DAYTON POWER & LIGHT – 2790317354 | 1900 DRYDEN RD, MORAINE, OH 45439 |
| 17535531 | DEBOIS INC | 2823 GILCHRIST ROAD, AKRON, OH 44305 |
| 17535532 | DEDICATED NURSING ASSOCIATES | 5851 FAR HILLS AVE, DAYTON, OH 45429 |
| 17535533 | DEDICATED NURSING ASSOCIATES, INC. | 3325 HAMILTON BLVD, ALLENTOWN, PA 18104 |
| 17535534 | DELAGE LANDEN FINANCIAL | 1111 OLD EAGLE SCHOOL RD STE 1, WAYNE, PA 19087 |
| 17535535 | DELAGE LANDEN FINANCIAL | ATTN: BRIAN K KAMPMAN, C/O CIEGLER METZGER LLP, 1111 SUPERIOR AVE., SUITE 1000, CLEVELAND, OH 44114 |
| 17535536 | DERMATOPATHOLOGY LAB OF CENTRAL ST. | 7835 PARAGON RD, DAYTON, OH 45459–4021 |
| 17535537 | DGC ENVIRONMENTAL SERVICES | 1770 PENIEL RD, PATRIOT, OH 45658 |
| 17535538 | DIGI MAC SOLUTIONS, INC. | 9800–D TOPANGA CYN BLVD, 7, CHATSWORTH, CA 91311 |
| 17535539 | DOMINION ENERGY – 9 1800 0955 1091 | PO BOX 26785, RICHMOND, VA 23261 |
| 17535540 | DR DIRK LLC | C/O PROVECTUS, 300 W SPRING ST, UNIT 702, COLUMBUS, OH 43215 |
| 17535541 | DR. ARUNA PRATTIPATI MD | 3006 N COUNTRY RD, 25A, TROY, OH 45373 |
| 17535542 | DR. JP WAGNER | 100 COMMUNITY DR, GREAT NECK, NY 11021 |
| 17535543 | DR. THOMAS BROWN MD | 407 N BROADWAY, GREENVILLE, OH 45331 |
| 17535544 | DUKE ENERGY – 3440–3635–03–2 | PO BOX 1326, CHARLOTTE, NC 28201–1326 |
| 17535545 | DUKE ENERGY – 6020–0360–22–5 | PO BOX 26785, RICHMOND, VA 23261 |
| 17535546 | DYNALINK COMMUNICATIONS INC. | 11 BROADWAY, STE 200, NEW YORK, NY 10004 |
| 17545957 | Department of Labor | Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809 |
| 17535547 | EASTON WATER SOLUTIONS | 1040 S MAIN ST, BELLEFONTAINE, OH 43311 |
| 17535548 | ECS SOLUTIONS | PO BOX 402, TIFFIN, OH 44883 |
| 17535549 | EFAX CORPORATE | C/O J2 CLOUD SERVICES LLC, PO BOX 51873, LOS ANGELES, CA 90051–6173 |
| 17535550 | ELECTRICAL APPLIANCE REPAIR SERVICE INC. | 5800 VALLEY BELT RD, CLEVELAND, OH 44131 |

```
17535551    ENERVISE         PO BOX 633874        CINCINNATI, OH 45263–3874
17535552    ERTH SYSTEMS SHREDDING        PO BOX 752293        DAYTON, OH 45475–2293
17535553    EUCLID BEACH SNF REALTY LLC        1209 ORANGE STREET        WILMINGTON, DE 19801
17535554    FCBANK        6600 NORTH HIGH STREET        WORTHINGTON, OH 43085
17535555    FEIN, SETH        3340 SW 59 ST        FORT LAUDERDALE, FL 33312
17535556    FIDELITY SECURITY LIFE INSURANCE CO.        3130 BROADWAY BLVD        KANSAS CITY, MO
            64111
17535557    FITZSIMMONS HOSPITAL SERVICES        PO BOX 497        OAK FOREST, IL 60452
17535558    FRAMES PEST CONTROL        4947 W ALEXIS        SYLVANIA, OH 43560–1647
17535559    FRONTIER COMMUNICATIONS        PO BOX 740407        CINCINNATI, OH 45274
17535560    FULTON COUNTY HEALTH CENTER        L3500        COLUMBUS, OH 43260–0002
17535561    FUSION CLOUD SERVICES, LLC        PO BOX 51341        LOS ANGELES, CA 90051–5641
17535562    GALAXY MEDICAL PRODUCTS, INC.        1133 MEDINA RD, STE 800        MEDINA, OH 44256
17535563    GENTELL, INC        THE GENTELL BUILDING        2701 BARTRAM RD        BRISTOL, PA 19007
17535564    GERIMEDIX        5 HOLLYWOOD CT        SOUTH PLAINFIELD, NJ 07080
17535565    GILLOTA INC.        415 HINES HILL RD        BOSTON HTS, OH 44236
17535566    GILMORE JASION MAHLER, LTD        1785 INDIAN WOOD CIRCLE        MAUMEE, OH 43537
17535567    GMR HEALTHCARE        151 S MAIN ST        NEW CITY, NY 10956
17535568    GRAND 24–HR TRANSPORTATION, LLC        4315 W 56TH ST        CLEVELAND, OH 44144
17535569    GRAPH INSURANCE GROUP        270 SYLVAN AVE, STE 2255        ENGLEWOOD CLIFFS, NJ
            07632
17535570    GRAPH INSURANCE GROUP        270 SYLVAN AVENUE, SUITE 2260        ENGLEWOOD CLIFFS, NJ
            07632
17535571    GREATER CINCINNATI WATER WORKS        PO BOX 740689        CINCINNATI, OH 45274–0689
17535572    GREENBERG TRAURIG, LLP        8400 NW 36TH STREET, STE 400        DORAL, FL 33166
17535573    GREENVILLE SNF REALTY LLC        1209 ORANGE STREET        WILMINGTON, DE 19801
17535574    GUARDIAN CONNECTION, LLC        2651 BRENTWOOD RD        BEACHWOOD, OH 44122
17535575    GUARDIAN OVERSIGHT COUNCIL        330 THIRD ST, NW        CANTON, OH 44702
17535576    HAND AND ARM THERAPY SPECIALISTS        PO BOX 14805        REMOTE LOCKBOX
            10930        COLUMBUS, OH 43214–0805
17535577    HANNA CAMPBELL & POWELL, LLP        ATTN: ROCCO POTENZA        3737 EMBASSY
            PARKWAY        SUITE 100        AKRON, OH 44333
17535578    HANNA CAMPBELL AND POWELL LLP        WESTERN LITIGATION        JENNA R TROTT,
            ESQ        ONE TURKS HEAD PL, STE 200        PROVIDENCE, RI 02903
17535579    HARRIS PLUMBING AND DRAIN SOLUTIONS LLC        105 DWYER AVE        GREENVILLE, OH
            45331
17535580    HIGH ROCK PEST & SANITIZING        3621 SEVERN RD        CLEVELAND, OH 44118
17535581    HILLSTONE HEALTHCARE, LLC        C/O CHRIS CONGENI, MATT DUNCAN, D
            RUDARY        BRENNAN, MANNA & DIAMOND, LLC        74 E. MARKET STREET        AKRON, OH
            44308
17535582    HOBART SALES AND SERVICE        PO BOX 2517        CAROL STREAM, IL 60132–2517
17535583    HOLLY GLEN SNF REALTY LLC        1209 ORANGE STREET        WILMINGTON, DE 19801
17535584    HOLZER CLINIC LLC        PO BOX 22880        BELFAST, ME 04915–4479
17535585    HOLZER MEDICAL CENTER JACKSON        PO BOX 280        GALLIPOLIS, OH 45631–1563
17535586    HOWARD, ANDRE        ATTN KAREN WILSON        C/O SPITZ THE EMPLOYEES LAW FIRM        25825
            SCIENCE PARK DRIVE, 200        BEACHWOOD, OH 44122
17535587    ILLUMINATING COMPANY – 110 135 914 148        76 S MAIN ST        AKRON, OH 44308–1890
17535588    INCOMPLIANCE CONSULTING        100 S THIRD ST        COLUMBUS, OH 43215–4291
17535589    INDEPENDENT ELEVATOR, LLC        PO BOX 8530        CANTON, OH 44711
17535590    INDUSTRIAL CHEM LABS        55–G BROOK AVE        DEER PARK, NY 11729
17535591    INNOVATIVE SUPPLY GROUP        585 PROSPECT ST, STE 304        LAKEWOOD, NJ 08701
17535592    INTELYCARE, INC.        ATTN 200413        500 ROSS ST 154–0455        PITTSBURGH, PA
            15262–0001
17535593    INVACARE CORPORATION        3524 SOLUTIONS CTR        CHICAGO, IL 60677–3005
17535594    IRON MOUNTIAN        2 SUN CT        NORCORSS, GA 30092
17535595    IRVING LANGER        215 HARBORVIEW SOUTH        LAWRENCE, NY 11559
17535596    J. C. EHRLICH        PO BOX 740608        CINCINNATI, OH 45274–0608
17535597    JACKSON AREA CHAMBER OF COMMERCE        PO BOX 510        JACKSON, OH 45640
17535598    JACKSON COUNTY WATER COMPANY        124 W HURON ST        PO BOX 309        JACKSON, OH
            45640–0309
17535599    JACKSON SNF REALTY LLC        1209 ORANGE STREET        WILMINGTON, DE 19801
17535600    JACKSON, MASHONNDA        ATTN SHATTUCK, TAUREAN J.        C/O SPITZ THE EMPLOYEES LAW
            FIRM        25825 SCIENCE PARK DRIVE, 200        BEACHWOOD, OH 44122
17535601    JACOB STERN        1209 ORANGE STREET        WILMINGTON, DE 19801
17535602    JENNY WILSON        25091 FISHER RD        EUCLID, OH 44117
17535603    JITENDRA K PATEL MD INC        723 8TH ST        PORTSMOUTH, OH 45662–4249
17535604    JOHN PICKLE        3912 FARMBROOK        SYLVANIA, OH 43560
17535605    JOHNNY OS INC.        PO BOX 9626        CANTON, OH 44711
17535606    JOHNSON CONTROLS FIRE PROTECTION        DISTRICT 514        9685 CINCINNATI DAYTON
            RD        WEST CHESTER, OH 45069–3829
17535607    K&P MEDICAL TRANSPORT LTD        24862 EILLIOT RD        DEFIANCE, OH 43512
17535608    KETTERING HEALTH NETWORK        405 W GRAND AVE        DAYTON, OH 45405–4720
17535609    KETTERING TRANSPORTATION SERVICES, LLC        PO BOX 639876        CINCINNATI, OH
            45263–9876
17535610    KEVIN FLORY LANDSCAPING        1224 FT JEFFERSON RD        GREENVILLE, OH 45331
17535611    KIM MCGLAMERY, ADMINISTRATOR FOR        THE ESTATE OF LYNDA MCCORMICK        421 W
            LEGGETT STREET        WAUSEON, OH 43567
```

| | | |
|---|---|---|
| 17535612 | KIM MCGLAMERY, ADMINISTRATOR FOR THE ESTATE OF LYNDA MCCORMICK C/O ELK & ELK CO, LTD; ATTN PHILLIP KURI 6105 PARKLAND BOULEVARD MAYFIELD HEIGHTS, OH 44124 | |
| 17535613 | KINGS DAUGHTERS MEDICAL 5941 FELIABLE PKWY CHICAGO, IL 60686–9998 | |
| 17535614 | KLOSTERMAN BAKING COMPANY 4760 PADDOCK RD CINCINNATI, OH 45229 | |
| 17535615 | KOENIG, SUZANNE C/O SAK MANAGEMENT SERVICES, LLC 300 SAUNDERS RD, STE 300 RIVERWOODS, IL 60015 | |
| 17535616 | KONE, INC. ONE KONE CT MOLINE, IL 61265 | |
| 17551765 | Karen L Whitmer Johnson Legal Network, PLLC 535 Wellington Way, Suite 380 Lexington, KY 40503 | |
| 17535617 | L. B. NAUGLES INC. PO BOX 3448 CUYAHOGA FALLS, OH 44223 | |
| 17535618 | LABORATORY CORPORATION OF AMERICA ATTN RICHARD P JOHNSON 535 WELLINGTON WAY, SUITE 380 LEXINGTON, KY 40503 | |
| 17535619 | LABORATORY CORPORATION OF AMERICA PO BOX 12140 BURLINGTON, NC 27216–2140 | |
| 17535620 | LAMAR COMPANIES PO BOX 96030 BATON ROUGE, LA 70896 | |
| 17535621 | LBP LEASING 653 MINER RD HIGHLAND HEIGHTS, OH 44143 | |
| 17535622 | LEO JAMES LANDSCAPE AND DESIGN 4160 LANDER RD CHAGRIN FALLS, OH 44022 | |
| 17535623 | LINDA MCCORMICK C/O HANNA CAMPBELL & POWELL, LLP ATTN: ROCCO POTENZA 3737 EMBASSY PARKWAY AKRON, OH 44333 | |
| 17535624 | LIVING DESIGN INC 47015 SD HWY 44 WORTHING, SD 57077–5732 | |
| 17535625 | LIVINGSTON & CO., INC. 2502–2560 GALLIA ST PO BOX 1405 PORTSMOUTH, OH 45662 | |
| 17535626 | MADEIRA SNF REALTY LLC 1209 ORANGE STREET WILMINGTON, DE 19801 | |
| 17535627 | MARK NIGHTINGALE 106 ROAD ST STRYKER, OH 43557 | |
| 17535628 | MARY RUTAN HOSPITAL 205 E PALMER RD BELLEFONTAINE, OH 43311–2298 | |
| 17535629 | MATTHEW DAPORE C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY BRENNAN, MANNA & DIAMOND, LLC 74 E. MARKET STREET AKRON, OH 44308 | |
| 17535630 | MAUMEE ASSEMBLY & STAMPING, LLC 920 ILLINOIS AVE MAUMEE, OH 43537 | |
| 17535631 | MAYFIELD HEIGHTS SNF REALTY LLC 1209 ORANGE STREET WILMINGTON, DE 19801 | |
| 17535632 | MEBULBS 4820 23RD AVE S, STE 200 PO BOX 2123 FARGO, ND 58107–2123 | |
| 17535636 | MED–PASS INC L–3495 COLUMBUS, OH 43260–001 | |
| 17535633 | MEDCARE 468 LAFAYETTE AVE BROOKLYN, NY 11205 | |
| 17535634 | MEDLINE INDUSTRIES C/O MATTHEW T ANDERSON, LUPER NEIDENTHAL & LOGAN 1160 DUBLIN ROAD, SUITE 400 COLUMBUS, OH 43215 | |
| 17535635 | MEDLINE INDUSTRIES, INC. PO BOX 382075 PITTSBURGH, PA 15251–8075 | |
| 17535637 | MEGAN SMITH ATTN CHRIS SAMS C/O VOUDRIS LAW LLC 8401 CHAGRIN RD 8 CHAGRIN FALLS, OH 44023 | |
| 17535638 | MERCY PROFESSIONAL CARE CORPORATION 1330 MERCY DR NW, 506 CANTON, OH 44708 | |
| 17535639 | MIAMI VALLEY HOSPITAL 1 WYOMING ST DAYTON, OH 45409–2722 | |
| 17535640 | MIDWEST CUTLERY, LEADING EDGE, A&R GRIND PO BOX 402 BATAVIA, OH 45103–0402 | |
| 17535641 | MIDWEST LEASING ASSOCIATES 4655 W CHASE LINCOLNWOOD, IL 60712 | |
| 17535642 | MIKES SANITATION INC. 8810 BROCKMAN RD NEW BREMEN, OH 45869 | |
| 17535643 | MILLERS REFRIGERATION INC. 2215 E WATERLOO RD, STE 402 AKRON, OH 44312 | |
| 17535644 | MODERN ENTRANCE SYSTEMS, INC. 1154 BEAVER VU INDUSTRIAL LN BEAVERCREEK, OH 45434 | |
| 17535645 | MORAN BROS HEATING AND COOLING, LLC 109 W MAIN ST PO BOX 372 BELLE CENTER, OH 43310 | |
| 17535646 | MRH PROFESSIONAL SERVICES PO BOX 951434 CLEVELAND, OH 44193–0016 | |
| 17535647 | MRS TRANSPORT SERVICES LLC 1742 BUNYAN CIR NW MASSILLON, OH 44646 | |
| 17535648 | MURPHY ELEVATOR COMPANY 128 E MAIN ST LOUISVILLE, KY 40202 | |
| 17535649 | MUZAK OF TOLEDO 5333 SECOR RD, STE 22 TOLEDO, OH 43623–2420 | |
| 17535650 | NEO REGIONAL SEWER DISTRICT – 0528040920 PO BOX 94550 CLEVELAND, OH 44101–4550 | |
| 17535651 | NETWORK DOCTOR 600 SYLVAN AVE, STE 212 ENGLEWOOD CLIFFS, NJ 07632 | |
| 17535652 | NICHOLAS RAUN FELLERS 3624 SCENIC HEIGHTS DR GREENVILLE, OH 45331 | |
| 17535653 | NORTH OLMSTED SNF REALTY LLC 1209 ORANGE STREET WILMINGTON, DE 19801 | |
| 17545955 | New Castle County/Law Attention: Bill Weisel 87 Reads Way New Castle, DE 19720 | |
| 17535654 | OCCUPATIONAL HEALTH CENTERS OH OHIO, P.A PO BOX 5012 SOUTHFIELD, MI 48086–5012 | |
| 17535655 | OHIO STATE UNIVERSITY – CAP PO BOX 63–3810 CINCINNATI, OH 45263–3810 | |
| 17535656 | ONESOURCE EMPLOYEE MANAGEMENT, LCC 11935 MASON–MONGOMERY RD, STE 200 CINCINNATI, OH 45249 | |
| 17535657 | OREGON SNF REALTY LLC 1209 ORANGE STREET WILMINGTON, DE 19801 | |
| 17535658 | ORTHOPAEDIC ASSOCIATES, INC PO BOX 72257 CLEVELAND, OH 44192–0002 | |
| 17535659 | ORTHOPEDIC ASSOCIATES OF SW 4160 LITTLE YORK RD DAYTON, OH 45414–5800 | |
| 17535660 | ORTHOPEDIC ONE PO BOX 920120 DALLAS, TX 75392–0120 | |
| 17535661 | PATHEOUS HEALTH IMAGING, LLC (MBS) 601 E MAIN ST, STE 101 MAHOMET, IL 61853 | |
| 17535662 | PAUL BERGSTEN C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY BRENNAN, MANNA & DIAMOND, LLC 74 E. MARKET STREET AKRON, OH 44308 | |
| 17535663 | PCA CORRECTIONS, LLC – CHOICE PHARMACY 4014 VENTURE CT COLUMBUS, OH 43228 | |
| 17535664 | PCA CURO PHARMACY 4014 VENTURE CT COLUMBUS, OH 43228 | |
| 17535665 | PCA–CORRECTIONS, LLC ET AL C/O BENJAMIN FULTZ DICKENS PLC 101 SOUTH FIFTH STREET, STE 2700 LOUISVILLE, KY 40202 | |

| | | | |
|---|---|---|---|
| 17535666 | PEASE & ASSOCIATES, LLC | 1422 EUCLID AVENUE, SUITE 400 | CLEVELAND, OH 44115 |
| 17535667 | PEASE & ASSOCIATES, LLC | 3501 EMBASSY PKWY, STE 200 | AKRON, OH 44333 |
| 17535668 | PERRY PROSTHETICS, INC. | 970 W SOUTH BOUNDARY | PERRYSBURG, OH 43551 |
| 17535669 | PHARMERICA | PO BOX 409251 | ATLANTA, GA 30384–9251 |
| 17535670 | PHYSICIANS AND SURGEONS AMBULANCE | PO BOX 100217 | ATLANTA, GA 30384–0217 |
| 17535671 | PIQUA SNF REALTY LLC | 1209 ORANGE STREET | WILMINGTON, DE 19801 |
| 17535672 | PK PRESSURE KLEEN, INC | PO BOX 415 | ROSS, OH 45061 |
| 17535673 | PM SERVICE | 924 HILLCREST AVE SW | NORTH CANTON, OH 44720 |
| 17535674 | POLLAK FOOD DISTRIBUTORS, INC. | PO BOX 17485 | EUCLID, OH 44117–7485 |
| 17535675 | POLLAK INNOVATIVE MANAGEMENT PARTNERS C | 800 RED BROOK BLVD, STE 400 | OWINGS MILLS, MD 21117 |
| 17535676 | PORTER , WRIGHT, MORRIS AND ARTHUR, LLP | 41 SOUTH HIGH STREET SUITES 2800–3200 | COLOMBUS, OH 43215 |
| 17535677 | PORTSMOUTH AREA CHAMBER OF COMMERCE | PO BOX 509 | PORTSMOUTH, OH 45662 |
| 17535678 | PORTSMOUTH EMERGENCY AMBULANCE SERVICES | 2796 GALLIA ST | PORTSMOUTH, OH 45662 |
| 17535679 | PORTSMOUTH SNF REALTY LLC | 1209 ORANGE STREET | WILMINGTON, DE 19801 |
| 17535680 | PRAIRIE FARMS DAIRY, INC. – BATTLE CREEK | 126 BRADY RD | BATTLE CREEK, MI 49037 |
| 17535681 | PRAIRIE FARMS DAIRY, INC. – DAYTON | 5820 EXECUTIVE BLVD | HUBER HEIGHTS, OH 45424–1451 |
| 17535682 | PREMIER NON–EMERGENCY MEDICAL TRANS | 1350 PATRIOT RD | GALLIPOLIS, OH 45631 |
| 17535683 | PRO EDGE LAWN CARE | 1446 ALBON RD | HOLLAND, OH 43528 |
| 17535684 | PROGRESSIVE | PO BOX 6807 | CLEVELAND, OH 44101 |
| 17535685 | PROMEDICA | PO BOX 630253 | CINCINNATI, OH 45263–0253 |
| 17535686 | PROTEGIS FIRE & SAFETY | PO BOX 931933 | CLEVELAND, OH 931933 |
| 17535687 | PSYCHOLOGY CONSULTANTS INC | 3591 RESERVE COMMONS DR, STE 301 | MEDINA, OH 44256–5902 |
| 17535688 | PULMONARY ASSOCIATES LLC | PO BOX 1013 | TROY, OH 45373–1373 |
| 17535689 | QUADAX | 25201 CHAGRIN BLVD, STE 290 | BEACHWOOD, OH 44122–5633 |
| 17535690 | QUALITY CARE TRANSPORT, LLC | 500 N MAPLE ST | LANCASTER, OH 43130–3171 |
| 17535691 | QUEST DIAGNOSTICS | PO BOX 775451 | CHICAGO, IL 60677–5451 |
| 17535692 | R.D.HOLDER OIL CO. | PO BOX 40 | NEW CARLISLE, OH 45344 |
| 17535693 | REBECCA WHEELER | 521 DEWEY AVENUE | ELYRIA, OH 44035 |
| 17535694 | REMED SERVICES | 3450 OAKTON ST | SKOKIE, IL 60076 |
| 17535695 | REPUBLIC SERVICES 259 | 11563 MOSTELLER RD | CINCINNATI, OH 45241–183131 |
| 17535696 | RICHARD V. ZURZ, FIDUCIARY OF ESTATE OF HOWARD RICE, SR. | C/O REMINGER CO, LPA 101 W PROSPECT AVE, STE 1400 | CLEVELAND, OH 44115 |
| 17535697 | RIDE–MEDI LLC | 12200 FAIRHILL RD | CLEVELAND, OH 44120 |
| 17535698 | RIDES R US INC. | 4506 ELLEN CIRCLE NW | CANTON, OH 44718 |
| 17535699 | RIVERSIDE METHODIST HOSPITAL | 3535 OLENTANGY RIVER RD | COLUMBUS, OH 43214–3908 |
| 17535700 | ROBINAUGH EMS, LLC | 1180 W COLUMBUS AVE | BELLEFONTAINE, OH 43311–1059 |
| 17535701 | RONNIE FRENCH COMMERCIAL WASHER & DRYER | 4396 BAKER RD | DAYTON, OH 45424 |
| 17535702 | ROOTER PRO, LLC | 4924 N SUMMIT ST | TOLEDO, OH 43611 |
| 17535703 | ROYCE U.S. PROTECTION SERVICE | 4600 EUCLID AVE, 4TH FL | CLEVELAND, OH 44103 |
| 17535704 | RUMPKE OF OHIO – 0201141736 | 3700 STRUBLE RD | CINCINNATI, OH 45251–4952 |
| 17535705 | SAK MANAGEMENT SERVICES LLC | 300 SAUNDERS RD, SUITE 300 | RIVERWOODS, IL 60015 |
| 17535706 | SAMUEL GOLDNER | 22 HERRICK DRIVE | LAWRENCE, NY 11559 |
| 17535707 | SCHINDLER ELEVATOR CORPORATION | 18013 CLEVELAND PRWY DR, STE 140 | CLEVELAND, OH 44135–3231 |
| 17535708 | SCIOTO COUNTY ENGINEERING DEPT. | 602 SEVENTH ST ROOM 104 COURTHOUSE | PORTSMOUTH, OH 45662 |
| 17535709 | SCOTT ORTHOPEDIC CENTER | 2828 1ST AVE, STE 400 | HUNTINGTON, WV 25702–1236 |
| 17535710 | SCRUBS ON WHEELS | 1730 GATEWAY CT | ELKHART, IN 46514 |
| 17535711 | SECURE CARE SYSTEMS, INC | 6968 ENGLE RD | MIDDLEBURG HEIGHTS, OH 44130 |
| 17535712 | SENIOR TV | C/O STELLAR PRIVATE CABLE SYSTEMS INC 975 E TALLMADGE AVE | AKRON, OH 44310 |
| 17535713 | SERVICE WET GRINDING CO. | 1867 PROSPECT AVE | CLEVELAND, OH 44115 |
| 17535714 | SERVISOFT OF MIDDLEFIELD | PO BOX 17485 | BURTON, OH 44021 |
| 17535715 | SETH FEIN | C/O CENSABLE SOLUTIONS LLC 3340 SW 59TH ST | FORT LAUDERDALE, FL 33312 |
| 17535716 | SHAKER AUTO LEASE, INC. | 26671 RENAISSANCE PKWY | WARRENSVILLE HTS, OH 44128 |
| 17535717 | SHATROV, ANZHELIKA | C/O SAK MANAGEMENT SERVICES, LLC 300 SAUNDERS RD, STE 300 | RIVERWOODS, IL 60015 |
| 17535718 | SHELBY COUNTY MEMORIAL HOSPITAL ASSOC. | 915 W MICHIGAN ST | SIDNEY, OH 45365–2491 |
| 17535719 | SIEVERS SECURITY INC | 18210 ST CLAIR AVE | CLEVELAND, OH 44110 |
| 17535720 | SPECTRUM – 8361–10–001–0765687 | 4145 S FALKENBURG RD | RIVERVIEW, FL 33578–8652 |
| 17535721 | SPIRIT MEDICAL TRANSPORT | 5484 OHIO ROUTE 49 S | GREENVILLE, OH 45331 |
| 17535722 | STAFF BENEFITS MANAGEMENT, INC. | 2307 FENTON PKWY 107–126 | SAN DIEGO, CA 92108 |
| 17535723 | STAPLES BUSINESS ADVANTAGE | PO BOX 660409 | DALLAS, TX 75266–0409 |

| | | |
|---|---|---|
| 17535724 | STATE OF OHIO BUREAU OF WORKERS COMP | PO BOX 89492   CLEVELAND, OH 44101–6492 |
| 17535725 | STEINGASS MECHANICAL CONTRACTING LLC | 754 PROGRESS DR   MEDINA, OH 44256 |
| 17535726 | STEINGASS MECHANICAL CONTRACTING LLC | ATTN: MICHAEL R FORTNEY, ESQ.   300 WEATHERSTONE DR. 303   WADSWORTH, OH 44281 |
| 17535727 | STEVES LOCK AND KEY | 1510 FINDLAY ST   PORTSMOUTH, OH 45662 |
| 17535728 | STRIV360 | 15 AMERICA AVE, STE 105   LAKEWOOD, NJ 08701 |
| 17535729 | STROZIER, CHASTITY | ATTN JOHN LI, ESQ   C/O JHL LEGAL LLC   5450 FAR HILLS AVE., SUITE 206B   DAYTON, OH 45429 |
| 17535730 | SUNRUSH WATER | 705 E SECOND ST   PIKETON, OH 45661–8052 |
| 17535731 | SYSCO– CLEVELAND | PO BOX 94570   CLEVELAND, OH 44101–9804 |
| 17535732 | SYSCO–CINCINATTI | 10510 EVENDALE DR   CINCINNATI, OH 45241 |
| 17535733 | SYSCO–DETROIT | 41600 VAN BORN RD   CANTON, MI 48188 |
| 17545956 | State of Delaware | Division of Revenue   820 N. French Street, 8th Floor   Wilmington, DE 19801–0820 |
| 17535734 | T&R TOTAL LAWN CARE, LLC | 10265 W MULBERRY RD   MORENCI, MI 49256 |
| 17535735 | TAMYRA STEWART | ATTN ROCCO SCRENCI   C/O SPITZ THE EMPLOYEES LAW FIRM   25825 SCIENCE PARK DRIVE, 200   BEACHWOOD, OH 44122 |
| 17535736 | TECHCO LIFE SAFETY SYSTEMS, INC. | PO BOX 704   MARYSVILLE, OH 43040 |
| 17535737 | TERMINIX PROCESSING CENTER | PO BOX 802155   CHICAGO, IL 60680–2155 |
| 17535738 | THE COPY SHOP, INC. | 440 EAST POE RD   BOWLING GREEN, OH 43402 |
| 17535739 | THE HOME DEPOT PRO | PO BOX 2317   JACKSONVILLE, FL 32203–2317 |
| 17535740 | THE STRAYER CO. | 425 E. LINCOLN ST   FINDLAY, OH 45840 |
| 17535741 | THERESA BAXTER | 65 S FRANK BLVD   AKRON, OH 44313 |
| 17535742 | TLC TRANSIT LLC | 7710 HILL AVE   HOLLAND, OH 43528 |
| 17535743 | TOTAL RENAL LABORATORIES, INC. | PO BOX 100244   ATLANTA, GA 30384 |
| 17535744 | TREASURER, STATE OF OHIO | PO BOX 365   LONDON, OH 43140 |
| 17535745 | TRILOGY NUSCRIPT, LLC | 4014 VENTURE CT   COLUMBUS, OH 43228 |
| 17535746 | TWIN MED, LLC | 121 ENTERPRISE AVE S   SECAUCUS, NJ 07094 |
| 17535747 | TWOMAGNETS INC. | 6545 MARKET AVENUE N, STE 100   NORTH CANTON, OH 44721 |
| 17535749 | UNIVERSITY OF TOLEDO | DEPT L–674   COLUMBUS, OH 43260 |
| 17535748 | UNIVERSITY OF TOLEDO PHYSICIAN | 4510 DORR ST   MAIL STOP 840   TOLEDO, OH 43615 |
| 17535750 | UPTOWN WESTERVILLE SNF REALTY LLC | 1209 ORANGE STREET   WILMINGTON, DE 19801 |
| 17535751 | US AMBULANCE CO LLC R2 | PO BOX 762   MARIETTA, OH 45750–0762 |
| 17535752 | VECTREN – 03–402088450–2222602 7 | PO BOX 4849   HOUSTON, TX 77210–4849 |
| 17535753 | WALT KUCHARSKI SEPTIC SERVICE INC | PO BOX 198   RICHFIELD, OH 44286 |
| 17535754 | WARD THORNTON LANDSCAPES | 424 E US HWY 22 AND 3   MAINEVILLE, OH 45039 |
| 17535755 | WASTE MANAGEMENT OF OHIO, INC. | PO BOX 4648   CAROL STREAM, IL 60197–4648 |
| 17535756 | WATERVILLE SNF REALTY LLC | 1209 ORANGE STREET   WILMINGTON, DE 19801 |
| 17535757 | WAUSEON ACE HARDWARE | 1495 N SHOOP AVE   WAUSEON, OH 43567 |
| 17535758 | WAUSEON SNF REALTY LLC | 1209 ORANGE STREET   WILMINGTON, DE 19801 |
| 17535759 | WEAVERS LOCKSMITH | 701 WAYNE ST   GREENVILLE, OH 45331 |
| 17535760 | WELTMAN, WEINBERG & REIS CO., LPA | 965 KEYNOTE CIRCLE   ATTN: SARA COSTANZO, PARTNER   CLEVELAND, OH 44131 |
| 17535761 | WESTERN OHIO PODIATRIC MEDICAL CENTER | 415 E RUSS RD   GREENVILLE, OH 45331–2457 |
| 17535762 | WHITE OAK HEALTHCARE FINANCE LLC | 900 3RD AVE FL   NEW YORK, NY 10022–5000 |
| 17535763 | WHITE OAK HEALTHCARE FINANCE LLC | C/O KING & SPALDING LLP   COUNSEL TO WHITE OAK HEALTH CARE FINANCE   1185 AVENUE OF THE AMERICAS   NEW YORK, NY 10036 |
| 17535764 | WHITES SERVICE CENTER, INC. | 1246 N MAIN ST   URBANA, OH 43078 |
| 17535765 | WOODRIDGE SNF REALTY LLC | 1209 ORANGE STREET   WILMINGTON, DE 19801 |
| 17535766 | YANKE BIONICS CLINICS, INC. | 303 W EXCHANGE ST   AKRON, OH 44302–1708 |

TOTAL: 320