# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Boulder Operations Holdings LLC<br><br>1209 Orange Street<br>Wilmington, DE 19801<br>  **EIN:** 83−1877362 | **Chapter:** 7<br><br><br><br><br>**Case No.:** 22−10664−CTG |

### NOTICE THAT THERE ARE ASSETS FROM
### WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

_/s/ Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 12/21/22
(VAN−043)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 22-10664-CTG
Boulder Operations Holdings LLC  Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: admin Page 1 of 9
Date Rcvd: Dec 21, 2022 Form ID: van043 Total Noticed: 317

The following symbols are used throughout this certificate:
**Symbol Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Boulder Operations Holdings LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 17535453 | + | A2Z HOOD CLEANING, PO BOX 425, SWANTON, OH 43558-0425 |
| 17535454 | | ABBOTT MECHANICAL SERVICES LLC, 804 W WAYNE ST, MAUMEE, OH 43537-1925 |
| 17535455 | + | ADAPTIVE REHABILITATION SERVICES LLC, C/O TIMOTHY L MCGARRY, HENDERSON, SCHMIDLIN & MCGARRY, 840 BRAINARD ROAD, HIGHLAND HEIGHTS, OH 44143-3106 |
| 17535456 | #+ | ADAPTIVE THERAPY, 7251 ENGLE RD, 350, MIDDLEBURG HEIGHTS, OH 44130-3419 |
| 17535457 | + | ADMJ HOLDINGS LLC DBA ADVANCED, 23240 CHAGRIN BLVD, STE 410, CLEVELAND, OH 44122-5415 |
| 17535458 | + | ADMJ HOLDINGS LLC DBA ADVANCED, DOOR COMPANY, 5260 COMMERCE PARKWAY WEST, PARMA, OH 44130-1271 |
| 17535459 | + | ADVANCED HOME MEDICAL, 6665 HUNTLEY RD, STE N, COLUMBUS, OH 43229-1046 |
| 17535460 | | AEP OHIO - 073-271-219-2-2, PO BOX 24401, CANTON, OH 44701-4401 |
| 17535461 | + | AFFILIATED INTERNISTS LLC, 3006 N COUNTY RD, 25A, STE 102, TROY, OH 45373-1373 |
| 17535462 | + | AFFORDABLE MEDICAL SUPPLY AND RENTAL, LL, 980 WILMINGTON AVE, 635, DAYTON, OH 45420-4605 |
| 17535463 | + | AFFORDABLE UNIFORMS ONSITE, 7647 MENTOR AVE, MENTOR, OH 44060-5409 |
| 17535464 | + | AKRON SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535465 | + | ALL GONE TERMITE AND PEST CONTROL, 11260 CORNELL PARK DRIVE STE 709, CINCINNATI, OH 45242-1834 |
| 17535467 | + | ALLGONE TERMITE & PEST CONTROL, 11260 CORNELL PARK DR, 709, CINCINNATI, OH 45242-1834 |
| 17535468 | + | ALLOWAY, 1101 N COLE ST, LIMA, OH 45805-2003 |
| 17535469 | | ALLSHRED SERVICES (VRC COMPANIES), PO BOX 415000, MSC 7589, NASHVILLE, TN 37241-7589 |
| 17535470 | + | ALMIGHTY TRANSPORTATION SERVICES, LLC, 5250 TRANSPORTATION, GARFIELD HEIGHTS, OH 44125-5362 |
| 17535471 | + | ALPHA FIRE PROTECTION, PO BOX 1087, FLORENCE, KY 41022-1087 |
| 17535472 | + | AMBULANCE ASSOCIATES, 114 CLARENDON AVE NW, CANTON, OH 44708-4695 |
| 17535473 | | AMERICAN HEALTH ASSOCIATES, 671 OHIO PIKE, STE K, CINCINNATI, OH 45245.2136 |
| 17535474 | + | ANDREW K. BROBBEY, MD, 25701 N LAKELAND BLVD, 301, CLEVELAND, OH 44132-2452 |
| 17535475 | + | ANGEL CARE MEDICAL LLC, 85 KARAGO AVE STE 11 & 12, BOARDMAN, OH 44512-5969 |
| 17535476 | + | ARIEL FEIN, 10 EASTBOURNE DRIVE, SPRING VALLEY, NY 10977-6433 |
| 17535477 | | ARMSTRONG NUTRITION MANAGEMENT, 101 PARKVIEW EXTENSION DR, KITTANNING, PA 16201 |
| 17535478 | | ASCENTIUM CAPITAL, LLC, PO BOX 11407, BIRMINGHAM, AL 35246-3059 |
| 17535480 | + | BELDEN VILLAGE SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535481 | + | BELLEFONTAINE SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535482 | | BIG ROCK FINANCIAL SERVICES LLC, 13990 SW 280TH TER, HOMESTEAD, FL 33033-1839 |
| 17535483 | + | BIG ROCK FINANCIAL SERVICES, LLC, 34 LORD AVENUE, LAWRENCE, NY 11559-1324 |
| 17535484 | + | BOGGS PEST CONTROL, 508 N FRONT ST, OAK HILL, OH 45656-1133 |
| 17535486 | + | BOULDER FG HOLDINGS LLC, 22 HERRICK DRIVE, LAWRENCE, NY 11559-1528 |
| 17535487 | + | BOULDER FG HOLDINGS LLC, C/O WHITE OAK HEALTHCARE FINANCE, LLC, 321 N. CLARK ST, SUITE 500, CHICAGO, IL 60654-4769 |
| 17535485 | + | BOULDER FG HOLDINGS LLC &, BOULDER HEALTHCARE LLC, 544 ENTERPRISE DRIVE, LEWIS CENTER, OH 43035-9704 |
| 17535488 | | BOULDER HEALTHCARE LLC, C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY, BRENNAN, MANNA & DIAMOND, LLC, 74 E. MARKET STREET, AKRON, OH 44308 |
| 17535489 | + | BOULDER PROPERTY HOLDINGS GP, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535490 | + | BOULDER PROPERTY HOLDINGS LP, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535491 | + | BRIDGELINE GLOBAL SOLUTIONS, 15 ENFORD ST, PO BOX 124, AVON, CT 06001-0124 |
| 17535493 | + | BUCKEYE BROADBAND, PO BOX 10027, TOLEDO, OH 43699-0027 |

District/off: 0311-1                              User: admin                                        Page 2 of 9
Date Rcvd: Dec 21, 2022                     Form ID: van043                              Total Noticed: 317

```
17535494     +  BUCKEYE FOREST AT BELLEFONTAINE, 221 N SCHOOL ST., C/O LOWELL HARNER, BELLEFONTAINE, OH 43311-1078
17535495     +  BUG-A-BOO INC., 9685 E GREENVILLE FALLS RD, COVINGTON, OH 45318
17593926     +  Benesch, Friedlander, Coplan & Aronoff, LLP c/o We, 965 Keynote Circle, Cleveland, OH 44131-1829
17535496     +  CAC OF PIKE COUNTY, 941 MARKET ST, PIKETON, OH 45661-9757
17535497        CALLIT, INC. PHONE SERVICE, PO BOX 262, SKOKIE, IL 60076-0262
17535498        CANTON REGIONAL CHAMBER OF COMMERCE, 222 MARKET AVE N, CANTON, OH 44702-1418
17535499        CARDIONET, LLC, PO BOX 417566, BOSTON, MA 02241-7566
17535500     +  CAVALIER MOBILE X RAY, 590 E WESTERN RESERVE RD, SUITE 10-D, PO BOX 3371, YOUNGSTOWN, OH 44513-3371
17535501     +  CCH HEALTHCARE LLC, ATTN JACOB STERN, CEO, 15 AMERICA AVE, STE 304, LAKEWOOD, NJ 08701-4582
17535502     +  CENTERS FOR MEDICARE & MEDICAID SERVICES, 233 N MICHIGAN AVE, STE 600, CHICAGO, IL 60601-5505
17535503     +  CGS ADMINISTRATORS, LLC, 26 CENTURY BLVD, STE ST610, NASHVILLE, TN 37214-3683
17535504        CINTAS FIRE 636525, PO BOX 636525, CINCINNATI, OH 45263-6525
17535505     +  CITY OF BELLEFONTAINE DEPT OF PUBLIC UT., 135 N DETROIT ST, BELLEFONTAINE, OH 43311-1483
17535507        CITY OF GREENVILLE UTILITIES, 100 PUBLIC SQ, GREENVILLE, OH 45331-1471
17535508    ++  CITY OF NORTH CANTON, ATT DIRECTOR OF FINANCE, 145 NORTH MAIN ST, NORTH CANTON OH 44720-2587 address
                filed with court:, CITY OF NORTH CANTON, ATTN PUBLIC UTILITIES, 145 N MAIN ST, NORTH CANTON, OH 44720
17535509        CITY OF PIQUA UTILITIES, 201 E WATER ST, PIQUA, OH 45356
17535510     +  CITY OF WAUSEON, 230 CLINTON ST, WAUSEON, OH 43567-2104
17535511     +  CLEAN START SYSTEMS, PO BOX 59172, CHICAGO, IL 60659-0172
17535512        CLEVELAND CLINIC FNDN, PO BOX 74222, CLEVELAND, OH 44194-4222
17535513     +  CLEVELAND CLINIC HOSPITAL, 9500 EUCLID AVE, CLEVELAND, OH 44195-0002
17535514        CLEVELAND PUBLIC POWER, PO BOX 94560, CLEVELAND, OH 44101-4560
17535515     +  COLE, KIRBY & ASSOCIATES, INC., 227 MAIN ST, JACKSON, OH 45640-1715
17535516    #+  COLEMAN PROFESSIONAL SERVICES, 5982 RHODES RD, KENT, OH 44240-8100
17535517        COLUMBIA GAS OF OHIO - 21142548 0010004, PO BOX 4629, CAROL STREAM, IL 60197-4629
17535518        COMMERCIAL MAGAZINE SERVICE OF HOLLAND, PO BOX 819, HOLLAND, OH 43528-0819
17535519     +  COMMODITY HEALTHCARE STAFFING LTD, PO BOX 201777, SHAKER HEIGHTS, OH 44120-8112
17535520     +  COMMUNITY SURGICAL SUPPLY OF TOMS RIVER, 1390 RT 37 W, TOMS RIVER, NJ 08755-4924
17535521     +  COMPLETE INTRAVENOUS ACCESS SERVICES INC, 828 FRONT ST, CREIGHTON, PA 15030-1102
17535522        COMTE CONSTRUCTION, CO., 91 SUMMIT ST, TOLEDO, OH 43604
17535523        CONSTELLATION NEW ENERGY - 2790317254, PO BOX 4640, CAROL STREAM, IL 60197-4640
17535524     +  CORPORATE MAINTENANCE INC., 4735 W 150 ST, UNIT E, CLEVELAND, OH 44135-3350
17535525     +  CROWN CARE SERVICES INC, PO BOX 86, LAKEWOOD, NJ 08701-0086
17535526     +  CUMMINS SALES & SERVICES, 7585 NORTHFIELD RD, CLEVELAND, OH 44146-6109
17535527     +  DANIELS SHARPSMART, INC., 111 W JACKSON BLVD, STE 1900, CHICAGO, IL 60604-3585
17535528     +  DARKE COUNTY LICENSE BUREAU, 641 WAGNER AVE, STE A, GREENVILLE, OH 45331-2617
17535529     +  DAYEM HEALTH SERVICES, 12000 MCCRACKEN RD, 210, GARFIELD HEIGHTS, OH 44125-2933
17535530     +  DAYTON POWER & LIGHT - 2790317354, 1900 DRYDEN RD, MORAINE, OH 45439-1762
17535532    #+  DEDICATED NURSING ASSOCIATES, 5851 FAR HILLS AVE, DAYTON, OH 45429-2209
17535533     +  DEDICATED NURSING ASSOCIATES, INC., 3325 HAMILTON BLVD, ALLENTOWN, PA 18103-4536
17535535     +  DELAGE LANDEN FINANCIAL, ATTN: BRIAN K KAMPMAN, C/O CIEGLER METZGER LLP, 1111 SUPERIOR AVE., SUITE
                1000, CLEVELAND, OH 44114-2568
17535537     +  DGC ENVIRONMENTAL SERVICES, 1770 PENIEL RD, PATRIOT, OH 45658-9186
17535538     +  DIGI MAC SOLUTIONS, INC., 9800-D TOPANGA CYN BLVD, 7, CHATSWORTH, CA 91311-4000
17535539     +  DOMINION ENERGY - 9 1800 0955 1091, PO BOX 26785, RICHMOND, VA 23261-6785
17535540    #+  DR DIRK LLC, C/O PROVECTUS, 300 W SPRING ST, UNIT 702, COLUMBUS, OH 43215-7651
17535541     +  DR. ARUNA PRATTIPATI MD, 3006 N COUNTRY RD, 25A, TROY, OH 45373-1373
17535542     +  DR. JP WAGNER, 100 COMMUNITY DR, GREAT NECK, NY 11021-5501
17535543     +  DR. THOMAS BROWN MD, 407 N BROADWAY, GREENVILLE, OH 45331-2226
17535544        DUKE ENERGY - 3440-3635-03-2, PO BOX 1326, CHARLOTTE, NC 28201-1326
17535545     +  DUKE ENERGY - 6020-0360-22-5, PO BOX 26785, RICHMOND, VA 23261-6785
17535546     +  DYNALINK COMMUNICATIONS INC., 11 BROADWAY, STE 200, NEW YORK, NY 10004-3165
17535547     +  EASTON WATER SOLUTIONS, 1040 S MAIN ST, BELLEFONTAINE, OH 43311-1677
17535548     +  ECS SOLUTIONS, PO BOX 402, TIFFIN, OH 44883-0402
17535549        EFAX CORPORATE, C/O J2 CLOUD SERVICES LLC, PO BOX 51873, LOS ANGELES, CA 90051-6173
17535550        ELECTRICAL APPLIANCE REPAIR SERVICE INC., 5800 VALLEY BELT RD, CLEVELAND, OH 44131
17535551        ENERVISE, PO BOX 633874, CINCINNATI, OH 45263-3874
17535552        ERTH SYSTEMS SHREDDING, PO BOX 752293, DAYTON, OH 45475-2293
17535553     +  EUCLID BEACH SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120
17535554     +  FCBANK, 6600 NORTH HIGH STREET, WORTHINGTON, OH 43085-4084
17535555     +  FEIN, SETH, 3340 SW 59 ST, FORT LAUDERDALE, FL 33312-6370
17535556     +  FIDELITY SECURITY LIFE INSURANCE CO., 3130 BROADWAY BLVD, KANSAS CITY, MO 64111-2452
17535558        FRAMES PEST CONTROL, 4947 W ALEXIS, SYLVANIA, OH 43560-1647
```

Case 22-10664-CTG   Doc 34   Filed 12/23/22   Page 4 of 10

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 9 |
| Date Rcvd: Dec 21, 2022 | Form ID: van043 | Total Noticed: 317 |

```
17535560         FULTON COUNTY HEALTH CENTER, L3500, COLUMBUS, OH 43260-0002
17535561         FUSION CLOUD SERVICES, LLC, PO BOX 51341, LOS ANGELES, CA 90051-5641
17535562      +  GALAXY MEDICAL PRODUCTS, INC., 1133 MEDINA RD, STE 800, MEDINA, OH 44256-5914
17535563      +  GENTELL, INC, THE GENTELL BUILDING, 2701 BARTRAM RD, BRISTOL, PA 19007-6810
17535564      +  GERIMEDIX, 5 HOLLYWOOD CT, SOUTH PLAINFIELD, NJ 07080-4204
17535565      +  GILLOTA INC., 415 HINES HILL RD, BOSTON HTS, OH 44236-1119
17535566      +  GILMORE JASION MAHLER, LTD, 1785 INDIAN WOOD CIRCLE, MAUMEE, OH 43537-4010
17535567     #+  GMR HEALTHCARE, 151 S MAIN ST, NEW CITY, NY 10956-3544
17535568      +  GRAND 24-HR TRANSPORTATION, LLC, 4315 W 56TH ST, CLEVELAND, OH 44144-2911
17535569      +  GRAPH INSURANCE GROUP, 270 SYLVAN AVE, STE 2255, ENGLEWOOD CLIFFS, NJ 07632-2523
17535570      +  GRAPH INSURANCE GROUP, 270 SYLVAN AVENUE, SUITE 2260, ENGLEWOOD CLIFFS, NJ 07632-2523
17535571         GREATER CINCINNATI WATER WORKS, PO BOX 740689, CINCINNATI, OH 45274-0689
17535572      +  GREENBERG TRAURIG, LLP, 8400 NW 36TH STREET, STE 400, DORAL, FL 33166-6657
17535573      +  GREENVILLE SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120
17535574      +  GUARDIAN CONNECTION, LLC, 2651 BRENTWOOD RD, BEACHWOOD, OH 44122-1503
17535575      +  GUARDIAN OVERSIGHT COUNCIL, 330 THIRD ST, NW, CANTON, OH 44702-1712
17535576         HAND AND ARM THERAPY SPECIALISTS, PO BOX 14805, REMOTE LOCKBOX 10930, COLUMBUS, OH 43214-0805
17535577      +  HANNA CAMPBELL & POWELL, LLP, ATTN: ROCCO POTENZA, 3737 EMBASSY PARKWAY, SUITE 100, AKRON, OH
                 44333-8380
17535578      +  HANNA CAMPBELL AND POWELL LLP, WESTERN LITIGATION, JENNA R TROTT, ESQ, ONE TURKS HEAD PL, STE 200,
                 PROVIDENCE, RI 02903-2215
17535579      +  HARRIS PLUMBING AND DRAIN SOLUTIONS LLC, 105 DWYER AVE, GREENVILLE, OH 45331-2907
17535580      +  HIGH ROCK PEST & SANITIZING, 3621 SEVERN RD, CLEVELAND, OH 44118-1906
17535581         HILLSTONE HEALTHCARE, LLC, C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY, BRENNAN, MANNA & DIAMOND,
                 LLC, 74 E. MARKET STREET, AKRON, OH 44308
17535582         HOBART SALES AND SERVICE, PO BOX 2517, CAROL STREAM, IL 60132-2517
17535583      +  HOLLY GLEN SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120
17535584         HOLZER CLINIC LLC, PO BOX 22880, BELFAST, ME 04915-4479
17535585      +  HOLZER MEDICAL CENTER JACKSON, PO BOX 280, GALLIPOLIS, OH 45631-0280
17535586      +  HOWARD, ANDRE, ATTN KAREN WILSON, C/O SPITZ THE EMPLOYEES LAW FIRM, 25825 SCIENCE PARK DRIVE, 200,
                 BEACHWOOD, OH 44122-7315
17535587         ILLUMINATING COMPANY - 110 135 914 148, 76 S MAIN ST, AKRON, OH 44308-1890
17535588         INCOMPLIANCE CONSULTING, 100 S THIRD ST, COLUMBUS, OH 43215-4291
17535589      +  INDEPENDENT ELEVATOR, LLC, PO BOX 8530, CANTON, OH 44711-8530
17535591      +  INNOVATIVE SUPPLY GROUP, 585 PROSPECT ST, STE 304, LAKEWOOD, NJ 08701-5073
17535592         INTELYCARE, INC., ATTN 200413, 500 ROSS ST 154-0455, PITTSBURGH, PA 15262-0001
17535593         INVACARE CORPORATION, 3524 SOLUTIONS CTR, CHICAGO, IL 60677-3005
17535594      +  IRON MOUNTIAN, 2 SUN CT, NORCORSS, GA 30092-2816
17535595      +  IRVING LANGER, 215 HARBORVIEW SOUTH, LAWRENCE, NY 11559-1909
17535596         J. C. EHRLICH, PO BOX 740608, CINCINNATI, OH 45274-0608
17535597      +  JACKSON AREA CHAMBER OF COMMERCE, PO BOX 510, JACKSON, OH 45640-0510
17535598         JACKSON COUNTY WATER COMPANY, 124 W HURON ST, PO BOX 309, JACKSON, OH 45640-0309
17535599      +  JACKSON SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120
17535600      +  JACKSON, MASHONNDA, ATTN SHATTUCK, TAUREAN J., C/O SPITZ THE EMPLOYEES LAW FIRM, 25825 SCIENCE PARK
                 DRIVE, 200, BEACHWOOD, OH 44122-7315
17535601      +  JACOB STERN, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120
17535602      +  JENNY WILSON, 25091 FISHER RD, EUCLID, OH 44117-1222
17535603      +  JITENDRA K PATEL MD INC, 723 8TH ST, PORTSMOUTH, OH 45662-4265
17535604     #+  JOHN PICKLE, 3912 FARMBROOK, SYLVANIA, OH 43560-3515
17535605      +  JOHNNY OS INC., PO BOX 9626, CANTON, OH 44711-9626
17535606         JOHNSON CONTROLS FIRE PROTECTION, DISTRICT 514, 9685 CINCINNATI DAYTON RD, WEST CHESTER, OH 45069-3829
17535607      +  K&P MEDICAL TRANSPORT LTD, 24862 EILLIOT RD, DEFIANCE, OH 43512-9217
17535608      +  KETTERING HEALTH NETWORK, 405 W GRAND AVE, DAYTON, OH 45405-7538
17535609         KETTERING TRANSPORTATION SERVICES, LLC, PO BOX 639876, CINCINNATI, OH 45263-9876
17535610      +  KEVIN FLORY LANDSCAPING, 1224 FT JEFFERSON RD, GREENVILLE, OH 45331-1046
17535611      +  KIM MCGLAMERY, ADMINISTRATOR FOR, THE ESTATE OF LYNDA MCCORMICK, 421 W LEGGETT STREET, WAUSEON,
                 OH 43567-1343
17535612      +  KIM MCGLAMERY, ADMINISTRATOR FOR, THE ESTATE OF LYNDA MCCORMICK, C/O ELK & ELK CO, LTD; ATTN
                 PHILLIP KURI, 6105 PARKLAND BOULEVARD, MAYFIELD HEIGHTS, OH 44124-4258
17535613         KINGS DAUGHTERS MEDICAL, 5941 FELIABLE PKWY, CHICAGO, IL 60686-9998
17535614      +  KLOSTERMAN BAKING COMPANY, 4760 PADDOCK RD, CINCINNATI, OH 45229-1079
17535615      +  KOENIG, SUZANNE, C/O SAK MANAGEMENT SERVICES, LLC, 300 SAUNDERS RD, STE 300, RIVERWOODS, IL 60015-5708
17535616      +  KONE, INC., ONE KONE CT, MOLINE, IL 61265-1380
17551765      +  Karen L Whitmer, Johnson Legal Network, PLLC, 535 Wellington Way, Suite 380, Lexington, KY 40503-1389
```

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 9 |
| Date Rcvd: Dec 21, 2022 | Form ID: van043 | Total Noticed: 317 |

| | | |
|---|---|---|
| 17535617 | + | L. B. NAUGLES INC., PO BOX 3448, CUYAHOGA FALLS, OH 44223-3448 |
| 17535619 | | LABORATORY CORPORATION OF AMERICA, PO BOX 12140, BURLINGTON, NC 27216-2140 |
| 17535618 | + | LABORATORY CORPORATION OF AMERICA, ATTN RICHARD P JOHNSON, 535 WELLINGTON WAY, SUITE 380, LEXINGTON, KY 40503-1389 |
| 17535620 | + | LAMAR COMPANIES, PO BOX 96030, BATON ROUGE, LA 70896-9030 |
| 17535621 | + | LBP LEASING, 653 MINER RD, HIGHLAND HEIGHTS, OH 44143-2115 |
| 17535622 | + | LEO JAMES LANDSCAPE AND DESIGN, 4160 LANDER RD, CHAGRIN FALLS, OH 44022-1333 |
| 17535623 | + | LINDA MCCORMICK, C/O HANNA CAMPBELL & POWELL, LLP, ATTN: ROCCO POTENZA, 3737 EMBASSY PARKWAY, AKRON, OH 44333-8380 |
| 17535624 | | LIVING DESIGN INC, 47015 SD HWY 44, WORTHING, SD 57077-5732 |
| 17535625 | + | LIVINGSTON & CO., INC., 2502-2560 GALLIA ST, PO BOX 1405, PORTSMOUTH, OH 45662-1405 |
| 17535626 | + | MADEIRA SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535627 | + | MARK NIGHTINGALE, 106 ROAD ST, STRYKER, OH 43557-9463 |
| 17535629 | | MATTHEW DAPORE, C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY, BRENNAN, MANNA & DIAMOND, LLC, 74 E. MARKET STREET, AKRON, OH 44308 |
| 17535630 | + | MAUMEE ASSEMBLY & STAMPING, LLC, 920 ILLINOIS AVE, MAUMEE, OH 43537-1716 |
| 17535631 | + | MAYFIELD HEIGHTS SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535632 | | MEBULBS, 4820 23RD AVE S, STE 200, PO BOX 2123, FARGO, ND 58107-2123 |
| 17535636 | + | MED-PASS INC, L-3495, COLUMBUS, OH 43260-0001 |
| 17535633 | + | MEDCARE, 468 LAFAYETTE AVE, BROOKLYN, NY 11205-4809 |
| 17535634 | + | MEDLINE INDUSTRIES, C/O MATTHEW T ANDERSON, LUPER NEIDENTHAL, & LOGAN, 1160 DUBLIN ROAD, SUITE 400, COLUMBUS, OH 43215-1052 |
| 17535635 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, MEDLINE INDUSTRIES, INC., PO BOX 382075, PITTSBURGH, PA 15251-8075 |
| 17535637 | + | MEGAN SMITH, ATTN CHRIS SAMS, C/O VOUDRIS LAW LLC, 8401 CHAGRIN RD 8, CHAGRIN FALLS, OH 44023-4702 |
| 17535638 | + | MERCY PROFESSIONAL CARE CORPORATION, 1330 MERCY DR NW, 506, CANTON, OH 44708-2625 |
| 17535639 | + | MIAMI VALLEY HOSPITAL, 1 WYOMING ST, DAYTON, OH 45409-2711 |
| 17535640 | | MIDWEST CUTLERY, LEADING EDGE, A&R GRIND, PO BOX 402, BATAVIA, OH 45103-0402 |
| 17535641 | + | MIDWEST LEASING ASSOCIATES, 4655 W CHASE, LINCOLNWOOD, IL 60712-1605 |
| 17535642 | + | MIKES SANITATION INC., 8810 BROCKMAN RD, NEW BREMEN, OH 45869-9502 |
| 17535643 | + | MILLERS REFRIGERATION INC., 2215 E WATERLOO RD, STE 402, AKRON, OH 44312-3857 |
| 17535644 | + | MODERN ENTRANCE SYSTEMS, INC., 1154 BEAVER VU INDUSTRIAL LN, BEAVERCREEK, OH 45434-6386 |
| 17535645 | + | MORAN BROS HEATING AND COOLING, LLC, 109 W MAIN ST, PO BOX 372, BELLE CENTER, OH 43310-0372 |
| 17535646 | | MRH PROFESSIONAL SERVICES, PO BOX 951434, CLEVELAND, OH 44193-0016 |
| 17535647 | + | MRS TRANSPORT SERVICES LLC, 1742 BUNYAN CIR NW, MASSILLON, OH 44646-2516 |
| 17535648 | + | MURPHY ELEVATOR COMPANY, 128 E MAIN ST, LOUISVILLE, KY 40202-1371 |
| 17535649 | | MUZAK OF TOLEDO, 5333 SECOR RD, STE 22, TOLEDO, OH 43623-2420 |
| 17535650 | | NEO REGIONAL SEWER DISTRICT - 0528040920, PO BOX 94550, CLEVELAND, OH 44101-4550 |
| 17535651 | + | NETWORK DOCTOR, 600 SYLVAN AVE, STE 212, ENGLEWOOD CLIFFS, NJ 07632-3107 |
| 17535652 | + | NICHOLAS RAUN FELLERS, 3624 SCENIC HEIGHTS DR, GREENVILLE, OH 45331-3043 |
| 17535653 | + | NORTH OLMSTED SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535654 | | OCCUPATIONAL HEALTH CENTERS OH OHIO, P.A, PO BOX 5012, SOUTHFIELD, MI 48086-5012 |
| 17535655 | | OHIO STATE UNIVERSITY - CAP, PO BOX 63-3810, CINCINNATI, OH 45263-3810 |
| 17535656 | + | ONESOURCE EMPLOYEE MANAGEMENT, LCC, 11935 MASON-MONGOMERY RD, STE 200, CINCINNATI, OH 45249-3703 |
| 17535657 | + | OREGON SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535658 | | ORTHOPAEDIC ASSOCIATES, INC, PO BOX 72257, CLEVELAND, OH 44192-0002 |
| 17535660 | | ORTHOPEDIC ONE, PO BOX 920120, DALLAS, TX 75392-0120 |
| 17535661 | + | PATHEOUS HEALTH IMAGING, LLC (MBS), 601 E MAIN ST, STE 101, MAHOMET, IL 61853-7460 |
| 17535662 | | PAUL BERGSTEN, C/O CHRIS CONGENI, MATT DUNCAN, D RUDARY, BRENNAN, MANNA & DIAMOND, LLC, 74 E. MARKET STREET, AKRON, OH 44308 |
| 17535663 | + | PCA CORRECTIONS, LLC - CHOICE PHARMACY, 4014 VENTURE CT, COLUMBUS, OH 43228-9600 |
| 17535664 | + | PCA CURO PHARMACY, 4014 VENTURE CT, COLUMBUS, OH 43228-9600 |
| 17535665 | + | PCA-CORRECTIONS, LLC ET AL, C/O BENJAMIN FULTZ, DICKENS PLC, 101 SOUTH FIFTH STREET, STE 2700, LOUISVILLE, KY 40202-3217 |
| 17535666 | #+ | PEASE & ASSOCIATES, LLC, 1422 EUCLID AVENUE, SUITE 400, CLEVELAND, OH 44115-1910 |
| 17535667 | + | PEASE & ASSOCIATES, LLC, 3501 EMBASSY PKWY, STE 200, AKRON, OH 44333-8364 |
| 17535668 | + | PERRY PROSTHETICS, INC., 970 W SOUTH BOUNDARY, PERRYSBURG, OH 43551-5232 |
| 17535669 | | PHARMERICA, PO BOX 409251, ATLANTA, GA 30384-9251 |
| 17535670 | | PHYSICIANS AND SURGEONS AMBULANCE, PO BOX 100217, ATLANTA, GA 30384-0217 |
| 17535671 | + | PIQUA SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535672 | + | PK PRESSURE KLEEN, INC, PO BOX 415, ROSS, OH 45061-0415 |
| 17535673 | + | PM SERVICE, 924 HILLCREST AVE SW, NORTH CANTON, OH 44720-3546 |
| 17535674 | + | POLLAK FOOD DISTRIBUTORS, INC., PO BOX 17485, EUCLID, OH 44117-0485 |
| 17535675 | + | POLLAK INNOVATIVE MANAGEMENT PARTNERS, 800 RED BROOK BLVD, STE 400 C, OWINGS MILLS, MD 21117-5173 |

Case 22-10664-CTG    Doc 34    Filed 12/23/22    Page 6 of 10

| District/off: 0311-1 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: van043 | Total Noticed: 317 |

| | | |
|---|---|---|
| 17535677 | + | PORTSMOUTH AREA CHAMBER OF COMMERCE, PO BOX 509, PORTSMOUTH, OH 45662-0509 |
| 17535679 | + | PORTSMOUTH SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535680 | + | PRAIRIE FARMS DAIRY, INC. - BATTLE CREEK, 126 BRADY RD, BATTLE CREEK, MI 49037-5623 |
| 17535681 | | PRAIRIE FARMS DAIRY, INC. - DAYTON, 5820 EXECUTIVE BLVD, HUBER HEIGHTS, OH 45424-1451 |
| 17535682 | + | PREMIER NON-EMERGENCY MEDICAL TRANS, 1350 PATRIOT RD, GALLIPOLIS, OH 45631-8327 |
| 17535683 | + | PRO EDGE LAWN CARE, 1446 ALBON RD, HOLLAND, OH 43528-8683 |
| 17535685 | | PROMEDICA, PO BOX 630253, CINCINNATI, OH 45263-0253 |
| 17535686 | + | PROTEGIS FIRE & SAFETY, PO BOX 931933, CLEVELAND, OH 44193-0049 |
| 17535687 | + | PSYCHOLOGY CONSULTANTS INC, 3591 RESERVE COMMONS DR, STE 301, MEDINA, OH 44256-5334 |
| 17535688 | + | PULMONARY ASSOCIATES LLC, PO BOX 1013, TROY, OH 45373-8013 |
| 17535689 | | QUADAX, 25201 CHAGRIN BLVD, STE 290, BEACHWOOD, OH 44122-5633 |
| 17535690 | | QUALITY CARE TRANSPORT, LLC, 500 N MAPLE ST, LANCASTER, OH 43130-3171 |
| 17535691 | | QUEST DIAGNOSTICS, PO BOX 775451, CHICAGO, IL 60677-5451 |
| 17535692 | + | R.D.HOLDER OIL CO., PO BOX 40, NEW CARLISLE, OH 45344-0040 |
| 17535693 | + | REBECCA WHEELER, 521 DEWEY AVENUE, ELYRIA, OH 44035-3551 |
| 17535694 | + | REMED SERVICES, 3450 OAKTON ST, SKOKIE, IL 60076-2951 |
| 17535695 | + | REPUBLIC SERVICES 259, 11563 MOSTELLER RD, CINCINNATI, OH 45241-1831 |
| 17535696 | + | RICHARD V. ZURZ, FIDUCIARY, OF ESTATE OF HOWARD RICE, SR., C/O REMINGER CO, LPA, 101 W PROSPECT AVE, STE 1400, CLEVELAND, OH 44115-1074 |
| 17535697 | + | RIDE-MEDI LLC, 12200 FAIRHILL RD, CLEVELAND, OH 44120-1058 |
| 17535698 | + | RIDES R US INC., 4506 ELLEN CIRCLE NW, CANTON, OH 44718-2802 |
| 17535700 | | ROBINAUGH EMS, LLC, 1180 W COLUMBUS AVE, BELLEFONTAINE, OH 43311-1059 |
| 17535701 | + | RONNIE FRENCH COMMERCIAL WASHER & DRYER, 4396 BAKER RD, DAYTON, OH 45424-1705 |
| 17535702 | + | ROOTER PRO, LLC, 4924 N SUMMIT ST, TOLEDO, OH 43611-2739 |
| 17535703 | + | ROYCE U.S. PROTECTION SERVICE, 4600 EUCLID AVE, 4TH FL, CLEVELAND, OH 44103-3761 |
| 17535704 | | RUMPKE OF OHIO - 0201141736, 3700 STRUBLE RD, CINCINNATI, OH 45251-4952 |
| 17535705 | + | SAK MANAGEMENT SERVICES LLC, 300 SAUNDERS RD, SUITE 300, RIVERWOODS, IL 60015-5708 |
| 17535706 | + | SAMUEL GOLDNER, 22 HERRICK DRIVE, LAWRENCE, NY 11559-1528 |
| 17535707 | + | SCHINDLER ELEVATOR CORPORATION, 18013 CLEVELAND PRWY DR, STE 140, CLEVELAND, OH 44135-3235 |
| 17535708 | + | SCIOTO COUNTY ENGINEERING DEPT., 602 SEVENTH ST, ROOM 104 COURTHOUSE, PORTSMOUTH, OH 45662-3951 |
| 17535711 | + | SECURE CARE SYSTEMS, INC, 6968 ENGLE RD, MIDDLEBURG HEIGHTS, OH 44130-3420 |
| 17535712 | + | SENIOR TV, C/O STELLAR PRIVATE CABLE SYSTEMS INC, 975 E TALLMADGE AVE, AKRON, OH 44310-3568 |
| 17535713 | + | SERVICE WET GRINDING CO., 1867 PROSPECT AVE, CLEVELAND, OH 44115-2313 |
| 17535714 | | SERVISOFT OF MIDDLEFIELD, PO BOX 17485, BURTON, OH 44021 |
| 17535715 | + | SETH FEIN, C/O CENSABLE SOLUTIONS LLC, 3340 SW 59TH ST, FORT LAUDERDALE, FL 33312-6370 |
| 17535716 | + | SHAKER AUTO LEASE, INC., 26671 RENAISSANCE PKWY, WARRENSVILLE HTS, OH 44128-5761 |
| 17535717 | + | SHATROV, ANZHELIKA, C/O SAK MANAGEMENT SERVICES, LLC, 300 SAUNDERS RD, STE 300, RIVERWOODS, IL 60015-5708 |
| 17535718 | | SHELBY COUNTY MEMORIAL HOSPITAL ASSOC., 915 W MICHIGAN ST, SIDNEY, OH 45365-2491 |
| 17535719 | ++ | SIEVERS SECURITY INC, 18210 SAINT CLAIR AVE, CLEVELAND OH 44110-2610 address filed with court:, SIEVERS SECURITY INC, 18210 ST CLAIR AVE, CLEVELAND, OH 44110 |
| 17535720 | | SPECTRUM - 8361-10-001-0765687, 4145 S FALKENBURG RD, RIVERVIEW, FL 33578-8652 |
| 17535721 | + | SPIRIT MEDICAL TRANSPORT, 5484 OHIO ROUTE 49 S, GREENVILLE, OH 45331-1032 |
| 17535722 | + | STAFF BENEFITS MANAGEMENT, INC., 2307 FENTON PKWY 107-126, SAN DIEGO, CA 92108-4746 |
| 17535723 | | STAPLES BUSINESS ADVANTAGE, PO BOX 660409, DALLAS, TX 75266-0409 |
| 17535724 | | STATE OF OHIO BUREAU OF WORKERS COMP, PO BOX 89492, CLEVELAND, OH 44101-6492 |
| 17535725 | + | STEINGASS MECHANICAL CONTRACTING LLC, 754 PROGRESS DR, MEDINA, OH 44256-1368 |
| 17535726 | + | STEINGASS MECHANICAL CONTRACTING LLC, ATTN: MICHAEL R FORTNEY, ESQ., 300 WEATHERSTONE DR. 303, WADSWORTH, OH 44281-7833 |
| 17535728 | + | STRIV360, 15 AMERICA AVE, STE 105, LAKEWOOD, NJ 08701-4581 |
| 17535729 | + | STROZIER, CHASTITY, ATTN JOHN LI, ESQ, C/O JHL LEGAL LLC, 5450 FAR HILLS AVE., SUITE 206B, DAYTON, OH 45429-2386 |
| 17535730 | | SUNRUSH WATER, 705 E SECOND ST, PIKETON, OH 45661-8052 |
| 17535731 | + | SYSCO- CLEVELAND, PO BOX 94570, CLEVELAND, OH 44101-4570 |
| 17535733 | + | SYSCO-DETROIT, 41600 VAN BORN RD, CANTON, MI 48188-2746 |
| 17535734 | + | T&R TOTAL LAWN CARE, LLC, 10265 W MULBERRY RD, MORENCI, MI 49256-9779 |
| 17535735 | + | TAMYRA STEWART, ATTN ROCCO SCRENCI, C/O SPITZ THE EMPLOYEES LAW FIRM, 25825 SCIENCE PARK DRIVE, 200, BEACHWOOD, OH 44122-7315 |
| 17535736 | + | TECHCO LIFE SAFETY SYSTEMS, INC., PO BOX 704, MARYSVILLE, OH 43040-0704 |
| 17535737 | | TERMINIX PROCESSING CENTER, PO BOX 802155, CHICAGO, IL 60680-2155 |
| 17535738 | + | THE COPY SHOP, INC., 440 EAST POE RD, BOWLING GREEN, OH 43402-4933 |
| 17535739 | | THE HOME DEPOT PRO, PO BOX 2317, JACKSONVILLE, FL 32203-2317 |
| 17535740 | + | THE STRAYER CO., 425 E. LINCOLN ST, FINDLAY, OH 45840-4944 |
| 17535741 | + | THERESA BAXTER, 65 S FRANK BLVD, AKRON, OH 44313-7271 |

| Recip ID | | Recipient |
|---|---|---|
| 17535742 | + | TLC TRANSIT LLC, 7710 HILL AVE, HOLLAND, OH 43528-7607 |
| 17535743 | + | TOTAL RENAL LABORATORIES, INC., PO BOX 100244, ATLANTA, GA 30384-0244 |
| 17535744 | + | TREASURER, STATE OF OHIO, PO BOX 365, LONDON, OH 43140-0365 |
| 17535745 | + | TRILOGY NUSCRIPT, LLC, 4014 VENTURE CT, COLUMBUS, OH 43228-9600 |
| 17535746 | + | TWIN MED, LLC, 121 ENTERPRISE AVE S, SECAUCUS, NJ 07094-1907 |
| 17535747 | + | TWOMAGNETS INC., 6545 MARKET AVENUE N, STE 100, NORTH CANTON, OH 44721-2430 |
| 17535749 | + | UNIVERSITY OF TOLEDO, DEPT L-674, COLUMBUS, OH 43260-0001 |
| 17535748 | + | UNIVERSITY OF TOLEDO PHYSICIAN, 4510 DORR ST, MAIL STOP 840, TOLEDO, OH 43615-4040 |
| 17535750 | + | UPTOWN WESTERVILLE SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535751 | | US AMBULANCE CO LLC R2, PO BOX 762, MARIETTA, OH 45750-0762 |
| 17535752 | | VECTREN - 03-402088450-2222602 7, PO BOX 4849, HOUSTON, TX 77210-4849 |
| 17535753 | + | WALT KUCHARSKI SEPTIC SERVICE INC, PO BOX 198, RICHFIELD, OH 44286-0198 |
| 17535754 | + | WARD THORNTON LANDSCAPES, 424 E US HWY 22 AND 3, MAINEVILLE, OH 45039-9650 |
| 17535755 | | WASTE MANAGEMENT OF OHIO, INC., PO BOX 4648, CAROL STREAM, IL 60197-4648 |
| 17535756 | + | WATERVILLE SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535757 | + | WAUSEON ACE HARDWARE, 1495 N SHOOP AVE, WAUSEON, OH 43567-1824 |
| 17535758 | + | WAUSEON SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535759 | + | WEAVERS LOCKSMITH, 701 WAYNE ST, GREENVILLE, OH 45331-2266 |
| 17535761 | | WESTERN OHIO PODIATRIC MEDICAL CENTER, 415 E RUSS RD, GREENVILLE, OH 45331-2457 |
| 17535762 | + | WHITE OAK HEALTHCARE FINANCE LLC, 900 3RD AVE FL, NEW YORK, NY 10022-4728 |
| 17535763 | + | WHITE OAK HEALTHCARE FINANCE LLC, C/O KING & SPALDING LLP, COUNSEL TO WHITE OAK HEALTH CARE FINANCE, 1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2686 |
| 17535764 | + | WHITES SERVICE CENTER, INC., 1246 N MAIN ST, URBANA, OH 43078-5000 |
| 17535765 | + | WOODRIDGE SNF REALTY LLC, 1209 ORANGE STREET, WILMINGTON, DE 19801-1120 |
| 17535766 | + | YANKE BIONICS CLINICS, INC., 303 W EXCHANGE ST, AKRON, OH 44302-1702 |

TOTAL: 296

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17535479 | | EDI: ATTWIREBK.COM | Dec 22 2022 01:19:00 | AT & T, PO BOX 5091, CAROL STREAM, IL 60197-5091 |
| 17535506 | + | Email/Text: Bankruptcy_Unit@clevelandwater.com | Dec 21 2022 20:22:00 | CITY OF CLEVELAND DIVISION OF WATER, 1201 LAKESIDE AVE, CLEVELAND, OH 44114-1100 |
| 17535534 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Dec 21 2022 20:22:00 | DELAGE LANDEN FINANCIAL, 1111 OLD EAGLE SCHOOL RD STE 1, WAYNE, PA 19087 |
| 17535531 | + | Email/Text: andrew.o@dbsfin.com | Dec 21 2022 20:22:00 | DEBOIS INC, 2823 GILCHRIST ROAD, AKRON, OH 44305-4415 |
| 17535536 | | Email/Text: billing@dermpathlab.com | Dec 21 2022 20:22:00 | DERMATOPATHOLOGY LAB OF CENTRAL ST., 7835 PARAGON RD, DAYTON, OH 45459-4021 |
| 17545957 | + | Email/Text: michael.brittingham@delaware.gov | Dec 21 2022 20:22:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17535557 | + | Email/Text: Credit.Collections@fitzrents.com | Dec 21 2022 20:22:00 | FITZSIMMONS HOSPITAL SERVICES, PO BOX 497, OAK FOREST, IL 60452-0497 |
| 17535559 | + | Email/Text: bankruptcynotification@ftr.com | Dec 21 2022 20:22:00 | FRONTIER COMMUNICATIONS, PO BOX 740407, CINCINNATI, OH 45274-0407 |
| 17535590 | + | Email/Text: ddicl@optonline.net | Dec 21 2022 20:22:00 | INDUSTRIAL CHEM LABS, 55-G BROOK AVE, DEER PARK, NY 11729-7200 |
| 17535628 | | Email/Text: mrhbankruptcy@maryrutan.org | Dec 21 2022 20:22:00 | MARY RUTAN HOSPITAL, 205 E PALMER RD, BELLEFONTAINE, OH 43311-2298 |
| 17545955 | + | Email/Text: Bankruptcy@newcastlede.gov | Dec 21 2022 20:22:00 | New Castle County/Law, Attention: Bill Weisel, 87 Reads Way, New Castle, DE 19720-1648 |
| 17535659 | | Email/Text: lmatteoli@oaswo.com | Dec 21 2022 20:22:00 | ORTHOPEDIC ASSOCIATES OF SW, 4160 |

| District/off: 0311-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: van043 | Total Noticed: 317 |

| | | | | |
|---|---|---|---|---|
| | | | | LITTLE YORK RD, DAYTON, OH 45414-5800 |
| 17535676 | + | Email/Text: JEDELMAN@PORTERWRIGHT.COM | Dec 21 2022 20:22:00 | PORTER , WRIGHT, MORRIS AND ARTHUR, LLP, 41 SOUTH HIGH STREET SUITES 2800-3200, COLOMBUS, OH 43215-6109 |
| 17535678 | + | Email/Text: ameddock.peasi@gmail.com | Dec 21 2022 20:22:00 | PORTSMOUTH EMERGENCY AMBULANCE SERVICES, 2796 GALLIA ST, PORTSMOUTH, OH 45662-4807 |
| 17535684 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 21 2022 20:22:00 | PROGRESSIVE, PO BOX 6807, CLEVELAND, OH 44101-1807 |
| 17535699 | + | Email/Text: oh_bankruptcy@ohiohealth.com | Dec 21 2022 20:22:00 | RIVERSIDE METHODIST HOSPITAL, 3535 OLENTANGY RIVER RD, COLUMBUS, OH 43214-3998 |
| 17535709 | | Email/Text: diane.socbilling@gmail.com | Dec 21 2022 20:22:00 | SCOTT ORTHOPEDIC CENTER, 2828 1ST AVE, STE 400, HUNTINGTON, WV 25702-1236 |
| 17535710 | + | Email/Text: ar@scrubsonwheels.com | Dec 21 2022 20:22:00 | SCRUBS ON WHEELS, 1730 GATEWAY CT, ELKHART, IN 46514-8217 |
| 17535732 | + | Email/Text: halterman.flo@cin.sysco.com | Dec 21 2022 20:22:00 | SYSCO-CINCINATTI, 10510 EVENDALE DR, CINCINNATI, OH 45241-2516 |
| 17545956 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 21 2022 20:22:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 17535760 | + | Email/Text: BKRMailOps@weltman.com | Dec 21 2022 20:22:00 | WELTMAN, WEINBERG & REIS CO., LPA, 965 KEYNOTE CIRCLE, ATTN: SARA COSTANZO, PARTNER, CLEVELAND, OH 44131-1829 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17535466 | ##+ | ALL GONE TERMITE AND PEST CONTROL, ATTN: PHILLIP CAMERON, 4400 CAREW TOWER, 441 VINE STREET, CINCINNATI, OH 45202-3016 |
| 17535492 | ##+ | BRIGHTER LIGHT HEALTH ACADEMY, 2215 CLEVELAND RD, STE 101, SANDUSKY, OH 44870-4485 |
| 17535727 | ##+ | STEVES LOCK AND KEY, 1510 FINDLAY ST, PORTSMOUTH, OH 45662-2906 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| District/off: 0311-1 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: van043 | Total Noticed: 317 |

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Creditor Adaptive Rehabilitation Services  LLC ahiller@adamhillerlaw.com |
| Arthur J. Steinberg | on behalf of Interested Party White Oak Healthcare Finance  LLC asteinberg@kslaw.com, jcmccullough@kslaw.com |
| Christopher A. Ward | on behalf of Debtor North Olmsted Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Jackson Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Madeira Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Woodridge Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Waterville Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Boulder Operations Holdings LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Bellefontaine Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Belden Village Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Mayfield Heights Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Holly Glen Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Greenville Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Oregon Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Euclid Beach Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Wauseon Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Akron Healthcare LLC cward@polsinelli.com  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Uptown Westerville Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Piqua Healthcare LLC cward@polsinelli.com  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher A. Ward | on behalf of Debtor Portsmouth Healthcare LLC cward@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Frederick B. Rosner | on behalf of Interested Party White Oak Healthcare Finance  LLC rosner@teamrosner.com |
| Gregory F. Fischer | on behalf of Trustee Jeoffrey L. Burtch gfischer@cozen.com  sshidner@cozen.com;gregory-fischer-8954@ecf.pacerpro.com |

District/off: 0311-1        User: admin        Page 9 of 9
Date Rcvd: Dec 21, 2022        Form ID: van043        Total Noticed: 317

Jason A. Gibson
    on behalf of Interested Party White Oak Healthcare Finance  LLC gibson@teamrosner.com

Jeoffrey L. Burtch
    jburtch@burtchtrustee.com  DE04@ecfcbis.com;sbridgett@burtchtrustee.com;jreif@burtchtrustee.com

Mark E. Felger Esq.
    on behalf of Trustee Jeoffrey L. Burtch mfelger@cozen.com
    kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Michael Joseph Joyce
    on behalf of Creditor Richard V Zurz  Jr. mjoyce@mjlawoffices.com

Scott I. Davidson
    on behalf of Interested Party White Oak Healthcare Finance  LLC sdavidson@kslaw.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 28